■ WILLIAM NEWMAN, as President of New Plan Realty Trust, Respondent, v DALAND CORPORATION, as Successor by Merger to Mark VII Food Services Corp., et al., Appellants, et al., Defendant.—Judgments unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Inglehart, J. Memorandum: We add only that we agree with Supreme Court that plaintiff's conduct did not rise to the level of wrongful interference with a prospective contractual relationship (see, Guard-Life Corp. v Parker Hardware Mfg. Corp., 50 NY2d 183, 190-191). (Appeal from judgments of Supreme Court, Jefferson County, Inglehart, J.—breach of lease agreement.) Present—Denman, J. P., Pine, Lawton, Davis and Lowery, JJ.